# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON

**DAKOTA STEVEN PROCTOR,**

    **Plaintiff,**

v.                                      Case No. 2:19-cv-00379

**SOUTH CENTRAL REGIONAL JAIL,**

    **Defendant.**

## PROPOSED FINDINGS AND RECOMMENDATION

This matter is assigned to the Honorable Thomas E. Johnston, Chief United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On May 10, 2019, the plaintiff filed a Complaint in conjunction with another prisoner, Derrick Wayne Walker, concerning their conditions of confinement at the South Central Regional Jail in Charleston, West Virginia. On May 22, 2019, the undersigned entered a Memorandum Opinion and Order directing the Clerk to open a separate civil action to address Walker's claims and stating that the instant civil action will proceed only with respect to Proctor's claims.

On June 11, 2019, the undersigned entered an Order and Notice (ECF No. 5) notifying the plaintiff that his Complaint fails to state a claim upon which relief can be granted and is ripe for dismissal. However, the undersigned granted the plaintiff leave to file an Amended Complaint by June 21, 2019. The Order and Notice further notified the

plaintiff that the failure to comply with the Order and Notice would result in the undersigned's recommendation to the presiding District Judge that this matter be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff failed to comply with the court's Order and Notice and has failed to communicate in any way with the court since the filing of his Complaint, including providing updated contact information in accordance with Local Rule 83.6 of the Local Rules of Civil Procedure for the United States District Court for the Southern District of West Virginia. Thus, the court is unable to move this matter forward and the responsibility for the delay in the progress of this matter is entirely on the plaintiff. Accordingly, dismissal appears to be the only appropriate sanction. However, because the defendant was never served with process, a dismissal without prejudice may be less drastic.

## RECOMMENDATION

The undersigned proposes that the presiding District Judge **FIND** that the plaintiff has failed to prosecute this civil action. Therefore, it is respectfully **RECOMMENDED** that the presiding District Judge **DISMISS** this matter for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Thomas E. Johnston, Chief United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(C), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and then three days (service/mailing), from the date of filing this Proposed Findings and Recommendation within which to file with

the Clerk of this Court, specific written objections, identifying the portions of this Proposed Findings and Recommendation to which objection is made, and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be served on Chief Judge Johnston.

The Clerk is directed to file this Proposed Findings and Recommendation, to transmit a copy to counsel of record, and to mail a copy to the plaintiff.

October 9, 2019

Dwane L. Tinsley
United States Magistrate Judge